UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                    Chapter 13
                                                          Case No.: 11-43043-ess

    Celena Ratcliff
    aka Celena R. Jordan,

                  Debtor.
-------------------------------------------------------------X

### AFFIDAVIT IN SUPPORT OF AN ORDER AUTHORIZING PAYMENT IN SATISFACTION OF DEBTOR'S CHAPTER 13 PLAN

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

    Celena Ratcliff, being duly sworn, deposes and says:

1. I am the Debtor in this proceeding.

2. I submit this affidavit in support of an order authorizing payment in satisfaction of my Chapter 13 Plan.

### BACKGROUND

3. My Chapter 13 Plan was confirmed by Order of this Court dated January 17, 2012.

4. To date, there is approximately $2,610.00 due and owing under the Plan.

5. I wish to pre-pay the Plan using the funds from an account of my close friend, Lisa Harris. Annexed as Exhibit "A", is a recent statement from Ms. Harris's Chase account evidencing her ability to pre-pay the Plan on my behalf.

6. The funds needed to complete my Plan are available for immediate withdrawal from Ms. Harris's account upon the entry of an Order authorizing the Debtor to satisfy the Chapter 13 Plan.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the Debtor to satisfy her Chapter 13 Plan, together with such other and further relief as this Court deems just and proper.

/s/ Celena Ratcliff
Celena Ratcliff

Sworn to before me this
10th day of September, 2015

/s/ Peter Corey
Peter Corey
Notary Public, State of New York
No. 02CO6133137
Qualified in Suffolk County
Commission Expires September 12, 2017