**EXHIBIT "A"**

8/19/2015                                    Chase Online - Printer Friendly

**My Accounts Page for LIFEPATH DYNAMICS LLC**                    Wednesday,
                                                                   19 August
                                                                   2015

My e-mail address:lifepathdynamics@gmail.com
If this is incorrect , please log on to chaseonline.chase.com and update it now
Last logged on : 3:48 PM EST on 08/19/2015

## Account Summary

| Business Accounts | | Present Balance |
|---|---|---|
| **LIFEPATH DYNAMICS LLC** | Deposit Accounts: | $2,175.23 |
| **LISA M HARRIS** | Deposit Accounts: | $58,935.41 |

### Business Accounts

**Deposit Accounts**                                   Total balance: $2,175.23

| Account | | |
|---|---|---|
| TOTAL BUS CHK (...1579) | Present balance<br>Available balance | $1,174.99<br>$1,174.99 |
| BUS SELECT HY SAV (...8050) | Present balance<br>Available balance | $1,000.24<br>$1,000.24 |

| Debit Card Rewards | Total |
|---|---|
| Ultimate Rewards | Enrollment pending |

### Personal Accounts

**Bank Accounts**                                      Total balance: $58,935.41

| Account | Available balance | Present balance |
|---|---|---|
| CHASE PREMIER (...9523) | $5,783.77 | $5,783.77 |
| TOTAL CHECKING (...9204) | $14.01 | $14.01 |
| CHASE PLUS SAVINGS (...5488) | $53,137.63 | $53,137.63 |
| Debit Card Rewards | | Total[1] |

Chase Online - Printer Friendly

**Ultimate Rewards**

**Enrollment pending**

JPMorgan Chase Bank, N.A.
Member FDIC
Equal Opportunity Lender

JPMorgan Chase Bank, N.A. strictly prohibits the use of any account to conduct any transactions that are directly or indirectly related to unlawful Internet gambling or any other illegal activity. The customer agrees not to conduct any transactions through the account that directly or indirectly involve or are related to unlawful Internet gambling, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith.

© 2015 JPMorgan Chase & Co.