UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    Celena Ratcliff                                   Chapter 13
    aka Celena R. Jordan,                  Case No. 11-43043-ess

                        Debtor.
-----------------------------------------------------------x   **AFFIDAVIT OF SERVICE**
STATE OF NEW YORK    )
COUNTY OF SUFFOLK   ) ss.:

CANDICE RUSSELL being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Suffolk, New York.

On September 11, 2015, deponent served the within **Affidavit in Support of an Order Authorizing Payment in Satisfaction of Debtor's Chapter 13 Plan and Exhibit** upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State Of New York:

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way
Suite 105
Syosset, NY 11791

*See annexed listing of Creditors
and Parties in Interest*

                                                           */s/ Candice Russell*
                                                          CANDICE RUSSELL

Sworn to before me this
11th day of September, 2015

*/s/ Loni Bragin*
LONI BRAGIN
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019

| | | |
|---|---|---|
| | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | GE Money Bank c/o Recovery Management System<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Oak Harbor Capital III, LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121-3132 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 SE 2nd Ave<br>Suite 1120<br>Miami, FL 33131-1605 | |
| BSI Finanical Services<br>PO Box 1943<br>Richmond, IN 47375-1943 | Chase Bank USA Na<br>POB 15145<br>Wilimington DE 19850-5145 | Chase Bank USA, N.A.<br>200 White Clay Center Dr.<br>Newark, DE 19711-5466 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GE Money Bank JCPENNEY CREDIT SERVICES<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>Attn: Ramesh Singh | Home Depot<br>c/o: LTD Financial Svcs<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2134 | IndyMac Mortgage Svcs<br>PO Box 4045<br>Kalamazoo, MI 49003-4045 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>PO Box 659754<br>San Antonio, TX 78265-9754 | JPMorganChase Legal Dept<br>Attn:Terri J. Wilkinson<br>1985 Marcus Ave.,<br>NY2-M352<br>New Hyde Park, NY 11042-2008 |
| Macy's<br>PO Box 183083<br>Columbus, OH 43218-3083 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | NYS Department of Taxation<br>Bankruptcy Unit<br>PO Box 5300<br>Albany, NY 12205-0300 |
| NYS Dept Of Taxation & Finance<br>Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A.Harriman State Campus<br>Albany, NY 12227-0001 | National City<br>c/o:BSI<br>PO Box 1943<br>Richmond, IN 47375-1943 | New York City Water Board<br>Dept of Environmental Protection<br>59-17 Junction Blvd<br>Bankruptcy Unit 13th Floor<br>Flushing, NY 11373-5188 |

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach FL 33416-4605

OneWest Bank, FSB
2900 Esperanza Crossing
Austin, TX 78758-3658

PRA Receivables Management, LLC., as agent o
Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541-1067

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
c/o:Cohen & Slamowitz LLP
PO Box 9004
199 Crossways Park Dr.
Woodbury, NY 11797-2016

Target National Bank
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132